PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Bruce Anderson  
Cr.: 03-00423-001  
PACTS #: 15741

Name of Sentencing Judicial Officer: THE HONORABLE KATHARINE S. HAYDEN  
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2006

Original Offense: Count 1: Conspiracy to Commit Burglary and Interstate Theft  
Count 2: Transportation of Stolen Goods

Original Sentence: Count 1: 60 months imprisonment, 36 months supervised release (concurrent to Count 2)  
Count 2: 109 months imprisonment, 36 months supervised release (concurrent to Count 1)

Special Conditions: Financial Disclosure, Substance Abuse Testing, No New Debt, Pay Restitution in the Amount of $355,294.62

Violation of Supervised Release Sentence – 10/23/18 (Violation #1 – Commit Another Crime): time served, followed by a term of supervised release for 24 months

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/23/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was ordered to pay restitution in the amount of $355,294.62. As of the submission of this report, the offender's outstanding restitution balance is $328,444.00 |

U.S. Probation Officer Action:

The probation office has reviewed the offender's payment history and financial profile and recommends the offender be allowed to expire from supervision with an outstanding restitution balance. The United States Attorney's Office Financial Litigation Unit will continue to attempt to collect the restitution after his term of supervised release has been completed.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ pth

APPROVED:

*Luis R. Gonzalez*    7-16-20

LUIS R. GONZALEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken – Supervision to expire as scheduled on October 22, 2020 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

7/20/2020
_____
Date